PER CURIAM.
The trial court erred in denying the motion to suppress evidence seized in an illegal search. See Ybarra v. Illinois, 444 U.S. 85, 100 S.Ct. 338, 62 L.Ed.2d 238 (1979), reh. den., 444 U.S. 1049, 100 S.Ct. 741, 62 L.Ed.2d 737 (1980); Julian v. State, 528 So.2d 427 (Fla. 2d DCA 1988); Robinson v. State, 527 So.2d 944 (Fla. 3d DCA 1988); Redfin v. State, 453 So.2d 425 (Fla. 5th DCA 1984). The conviction is REVERSED.
SHIVERS, ZEHMER, and BARFIELD, JJ., concur.